UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 10-35-DLB-HAI-4
CIVIL ACTION NO. 12-7210-DLB-HAI

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.          **ORDER ADOPTING REPORT & RECOMMENDATION**

JOEY GREEN                                                           DEFENDANT

\*\*\* \*\*\* \*\*\* \*\*\*

The matter is presently before the Court upon the Magistrate Judge's Recommended Disposition (Doc. # 68), wherein he recommends that Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. # 63) be denied. No objections having been filed and the time to do so having now expired, the Recommended Disposition is ripe for the Court's consideration. Having reviewed the Recommended Disposition, the Court concludes that it is sound in all respects, and agrees that Defendant's Motion should be denied. Accordingly,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Recommended Disposition (Doc. # 68) is hereby **ADOPTED** as the Findings of Fact and Conclusions of Law of the Court;

(2) Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. # 63) is hereby **DENIED**;

1

(3) For the reasons set forth in the Magistrate Judge's Recommended Disposition, the Court determines there would be no arguable merit for an appeal in this matter and, therefore, no certificate of appealability shall issue; and

(4) This matter is hereby **DISMISSED WITH PREJUDICE**, and stricken from the Court's docket.

This 1st day of July, 2013.

Signed By:
*David L. Bunning*  DB
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2010\10-35 Order adopting R&R.wpd